IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TOMMY BURDUE                                                                                          PLAINTIFF

v.                                          Case No. 6:21-cv-06060

KEVIN CROSS and
SHERIFF ROBERT GENTRY                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed June 22, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 4). Judge Bryant recommends that this case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2). .

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 4) *in toto*. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 4th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge